UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIANA HART,<br><br>                    Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CASE NO. 3:20-cv-05150-JRC<br><br>ORDER GRANTING EXTENSION TO FILE ADMINISTRATIVE RECORD |

This matter is before the Court on defendant's unopposed motion for an extension of time in which to file the Administrative Record ("AR"). *See* Dkt. 15. Based on defendant's motion and finding good cause thereof, the Court extends the due date for the AR to October 16, 2020. If the AR becomes available to the Office of General Counsel before October 6, 2020, the AR shall be filed within 10 days of the date that it becomes available.

Dated this 21st day of September, 2020.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION TO FILE
ADMINISTRATIVE RECORD - 1